THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Amanda Tabor, Samuel Taylor, and John Doe, Defendants,
of whom Amanda Tabor is Appellant.
 
IN THE INTEREST OF:  Elijah Tabor 
DOB: 11/24/98:  A Minor Under the Age of 18.
 
 
 
 

Appeal From Horry County
 Gerald C. Smoak, Jr., Family Court Judge

Unpublished Opinion No. 2005-UP-643
Submitted December 1, 2005  Filed December 21, 2005   

AFFIRMED

 
 
Brian S. Wade, of Murrells Inlet, for Appellant,
Maria L. Elias Williams, of Loris, for Respondent.
Helen Hodges, for Guardian Ad Litem.
 
 

PER CURIAM: This appeal arises from a termination of parental rights hearing.  The family court granted the termination of Amanda Tabors parental rights over her son Elijah Tabor.  After a thorough review of the record, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.